DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HCA HEALTH SERVICES OF FLORIDA, INC.** d/b/a
**ST. LUCIE MEDICAL CENTER, RENE LOYOLA, M.D.,
PALM BEACH GENERAL SURGERY, LLC** d/b/a
**TREASURE COAST SURGICAL SPECIALISTS,
SHARON DUDLEY-WILKEN, R.N., JENNIFER NORTON, R.N.,
TERESEA SEPKO, R.N.** and **HEATHER SCHAEFFER, R.N.,**
Appellants/Cross-Appellees,

v.

**MARIE PALLEIKO** as Personal Representative of the Estate of
**STANLEY PALLEIKO,** Deceased,
Appellee/Cross-Appellant.

No. 4D17-2206

[December 21, 2017]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. 2017CA000204.

Michael R. D'Lugo and Adam W. Rhys of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for appellants/cross-appellees.

F. Shields McManus, Stuart, and Guy Bennett Rubin and Todd M. Norbraten of Rubin & Rubin, Stuart, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***